**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02720-REB-CBS

JOSE ARGUETA-PEREIRA,

    Plaintiff,

v.

JOSE BRUNO OCHOA, and
KIMZEY CASING SERVICE, LLC,

    Defendants.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A.  Pursuant to the **Order Granting Defendant's Motion To Dismiss** [#22] entered by Judge Robert E. Blackburn on July 2, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That defendant's **Motion To Dismiss** [#10] filed January 4, 2012, is **GRANTED**;

2. That the plaintiff's claims against defendant Kimzey Casing Service, LLC are **DISMISSED WITH PREJUDICE**; and

3. That defendant Kimzey Casing Service, LLC is **DROPPED** as a party to this action, and the caption shall be **AMENDED** accordingly.

B. Pursuant to the **Order of Dismissal** [#24] entered by Judge Robert E.

Blackburn on October 29, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That under Fed. R. Civ. P. 41(b), the plaintiff's claims against defendant Jose Bruno Ochoa are **DISMISSED WITH PREJUDICE**;

2. That **JUDGMENT IS ENTERED** in favor of the defendant, Jose Bruno Ochoa, and against the plaintiff, Jose Argueta-Pereira;

3. That the defendant, Jose Bruno Ochoa is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

4. That this case is **CLOSED**.

DATED at Denver, Colorado, this 31st day of October, 2012.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk